UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT RYAN SHIRLEY,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | CIVIL ACTION NO. 3:21-cv-00455<br><br>(SAPORITO, M.J.) |

**ORDER**

AND NOW, this 3rd day of August, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Commissioner's administrative decision denying the plaintiff's claims for disability insurance benefits is **AFFIRMED**;

2. The Clerk is directed to enter **JUDGMENT** in favor of the Commissioner and against the plaintiff; and

3. The Clerk is directed to mark this case as **CLOSED**.

　　　　　　　　　　　　　　　　*s/Joseph F. Saporito, Jr.*
　　　　　　　　　　　　　　　　JOSEPH F. SAPORITO, JR.
　　　　　　　　　　　　　　　　United States Magistrate Judge